**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| W.E., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1351-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 and his Motion for Temporary Restraining Order on October 28, 2026 (ECF Nos. 1, 3). Upon initial review, it appears Petitioner may be entitled to a bond hearing under *Hernandez Alvarez v. Warden, Federal Detention Center*, 175 F.4th 1258 (11th Cir. 2026), and the prior precedent of this Court. *See id.* at 1281 (finding 8 U.S.C. § 1225(b)(2) only applies to those aliens "who have not yet entered the United States, but are 'seeking admission' at the border"); *J.A.M. v. Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) (same); *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025) (same).

Based upon Petitioner's representations, the Court finds good cause to expedite the briefing schedule. Thus, the Court **GRANTS** Petitioner's alternative request for an expedited return. Mot. for Temporary Restraining Order 4-5, ECF No. 3.[1] Respondents shall have seven (7) days to file a Return under 28 U.S.C. § 2243. In the Return,

[1] The Clerk is **DIRECTED** to leave Petitioner's other motions for relief pending.

Respondents must specifically state (1) the asserted detention authority for Petitioner, and (2) whether Respondents agree that Petitioner is entitled to a bond hearing under the cases discussed above. The Court will set a further briefing schedule once Respondents file their Return.

**SO ORDERED**, this 29th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE